**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**ELIZABETH BOBBITT,**

**Plaintiff,**

**v.** **Case No. 1:23-cv-173-AW-HTC**

**WAL-MART STORES EAST, LP,**

**Defendant.**

_________________________________/

# ORDER OF DISQUALIFICATION

Pursuant to 28 U.S.C. § 455(b)(4), I disqualify myself from this case. The clerk will assign another judge.

SO ORDERED on July 3, 2023.

s/ *Allen Winsor*
United States District Judge